No. 156. The BOARD OF SUPERVISORS OF RIVERSIDE COUNTY CAL. ET AL., PLAINTIFFS IN ERROR, *v.* ROBERT H. THOMPSON. In error to the United States Circuit Court of Appeals for the Ninth Circuit. Submitted January 24, 1905. Decided January 30, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Press Publishing Company* v. *Monroe*, 164 U. S. 105; *Ex parte Jones*, 164 U. S. 691; *Benjamin* v. *New Orleans*, 169 U. S. 161; *Rouse* v. *Letcher*, 156 U. S. 47; *Gregory* v. *Van Ee*, 160 U. S. 643. Case below, 122 Fed. Rep. 860; 116 Fed. Rep. 832. *Mr. John D. Works* for plaintiffs in error. *Mr. C. C. Wright* for defendant in error.

---

No. 510. THOMAS DENNISON, PLAINTIFF IN ERROR, *v.* GEORGE M. CHRISTIAN. In error to the Supreme Court of the State of Nebraska. Motions to dismiss or affirm submitted January 23, 1905. Decided January 30, 1905. *Per Curiam.* Judgment affirmed with costs. *Munsey* v. *Clough*, 196 U. S. 364; *Hyatt* v. *Cockran*, 188 U. S. 691; *Roberts* v. *Reilly*, 116 U. S. 80; *Dower* v. *Richards*, 151 U. S. 658; *Egan* v. *Hart*, 165 U. S. 188; *Blythe* v. *Hinckley*, 180 U. S. 333. Case below, 101 N. W. Rep. 1045. *Mr. H. C. Brome* in support of motions. *Mr. W. J. Connell, Mr. C. J. Smyth* and *Mr. Ed. P. Smith* opposing.